# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00024-CV

### Charles W. Bishop II, Appellant

**v.**

### Margo Frasier; Joaquin Ayala, Deputy of Travis County Sheriff Department; and Charles Kent Olson, Bail Bondsman, Travis County, Texas, Appellees

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. GN10-3500, HONORABLE SCOTT JENKINS, JUDGE PRESIDING

Appellant Charles Bishop, an inmate proceeding pro se and *in forma pauperis*, filed a notice of appeal on January 22, 2002. After reviewing the clerk's record, this Court questioned whether it had jurisdiction over the dismissal order about which appellant complains. The record reveals that claims against other defendants remain pending and the trial court has not rendered a severance order addressing the other defendants and claims. Because the complained-of order appears to not be a final appealable order, on February 12, 2002, the clerk's office sent a letter to the appellant requesting that he explain to the Court why the appeal should not be dismissed for lack of jurisdiction. The letter requested that appellant respond by February 22, 2002, showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. To date, the clerk's office has received no response from appellant.

Because appellant has not responded as directed and the record does not contain a final appealable order, the appeal is dismissed for lack of jurisdiction.  Tex. R. App. P.42.3(a),(c).

_____

Justice Jan P. Patterson

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:  April 4, 2002

Do Not Publish

2